The Iowa Farm Sanctuary v. Univ. of MO Vet Health Center